PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ALVAREZ JR.,<br><br>Defendants. | CASE NO. 1:24-CR-00074-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on July 17, 2024. ECF 13.

2. By this stipulation, defendant now moves to continue the status conference to October 9, 2024, and to exclude time between July 17, 2024, and October 9, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government asserts the discovery associated with this case includes reports; initial discovery has been provided to defense counsel. The Government will continue to provide necessary discovery and is aware of its discovery obligations.

b) Counsel for the parties are engaged in plea negotiations in light of *United States v. Duarte*, 101 F.4th 657, (9th Cir. May 9, 2024) (pet. hrg. en banc pending). The parties need additional time to analyze the issues relating to *Duarte* as applied to this case in order to engage in meaningful plea discussions.

c) The defense counsel requires additional time to further discuss trial strategy, possibly defenses, and further investigation that may be necessary, as well as to discuss the potential of a plea with her client. The parties have accounted for scheduling conflicts to reach the proposed date.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 17, 2024 to October 9, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 15, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated: July 15, 2024

/s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant
MARTIN ALVAREZ JR.

## ORDER

IT IS SO ORDERED that the status conference is continued from July 17, 2024, to **October 9, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **July 16, 2024**          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE