PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00074-KES-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MARTIN ALVAREZ JR., | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on October 9, 2024. ECF 17.

2. By this stipulation, defendant now moves to vacate the status conference on October 9, 2024, schedule a change of plea on October 28, 2024, and to exclude time between October 9, 2024, and October 28, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government asserts the discovery associated with this case includes reports; initial discovery has been provided to defense counsel. The Government will continue to provide

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

necessary discovery and is aware of its discovery obligations.

  b) The parties believe they have reached a plea agreement and defense counsel is meeting with her client to finalize the agreement and obtain his signature on the final plea offer.

  c) The defense counsel requires additional time to review the terms of the plea, sentencing guidelines, and any possibly defenses. The parties request the earliest date both the parties and the Court is available for a change of plea, which is October 28,2024. The parties have accounted for scheduling conflicts to reach the proposed date.

  d) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 9, 2024 to October 28, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  October 1, 2024        PHILLIP A. TALBERT
                  United States Attorney

                  /s/ ARIN C. HEINZ
                  ARIN C. HEINZ
                  Assistant United States Attorney

Dated:  October 1, 2024                                         /s/ MONICA BERMUDEZ
                                                                MONICA BERMUDEZ
                                                                Counsel for Defendant
                                                                MARTIN ALVAREZ JR.

## ORDER

IT IS SO ORDERED that the status conference set for October 9, 2024, is vacated. A change of plea hearing is set for **October 28, 2024, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court also sets a status conference for **October 23, 2024 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of October 23, 2024, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated:  **October 1, 2024**                        /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                             3