Monica L. Bermudez, BAR #275434
Attorney at Law
1304 "L" St
Bakersfield, CA 93306
Telephone: 661-616-2141
Facsimile: 661-322-7675

Attorney for Defendant Martin Alvarez Jr

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Martin Alvarez Jr<br><br>Defendant. | No. 1:24-cr-00074-KES-BAM-1<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MONICA L BERMUDEZ AS ATTORNEY OF RECORD; ORDER** |

On April 18, 2024, Defendant Martin Alvarez Jr was indicted on federal charges. CJA Panel Attorney Monica L. Bermudez was appointed as counsel to represent Mr. Alvarez in his criminal case on April 4, 2024. Mr. Alvarez was sentenced pursuant to a plea agreement on January 21, 2025. The time for filing a direct appeal was February 5, 2025. No direct appeal was filed, and Mr. Alvarez was in custody at sentencing. Mr. Alvarez criminal case has now therefore come to an end. Having completed her representation of Mr. Alvarez, CJA attorney Monica L. Bermudez now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Alvarez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

1  330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free),

2  which, if appropriate, will arrange for the re-appointment of counsel to assist him.

4  Dated: 02/07/2025                                              Respectfully submitted,

5                                                                 */s/ Monica L. Bermudez*
                                                                   Monica L. Bermudez,
6                                                                  Attorney for Defendant
                                                                   Martin Alvarez Jr

## ORDER

10  Having reviewed the notice and found that attorney Monica L. Bermudez has completed

11  the services for which she was appointed, the Court hereby grants attorney Monica L.

12  Bermudez's request for leave to withdraw as defense counsel in this matter. Should Defendant

13  seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender

14  for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The

15  phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If

16  appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

17  The Clerk of Court is directed to serve a copy of this order on Defendant Martin Alvarez

18  Jr at the following address and to update the docket to reflect Defendant's pro se status and

19  contact information.

20  Martin Alvarez Jr SO2367038

21  Lerdo Pre-Trial Facility

22  17695 Industrial Farm Rd

23  Bakersfield, CA 93308

25  IT IS SO ORDERED.

26  Dated:   February 10, 2025

UNITED STATES DISTRICT JUDGE